(66 South. 969)

No. 20044.

PRATT v. CORPORATION OF VILLAGE OF BASTROP.

(Dec. 14, 1914.)

*(Syllabus by the Court.)*

APPEAL AND ERROR ⊗══322 — APPEAL BY THIRD PERSONS—CITATION—DISMISSAL.

In an appeal by third persons, the failure to cite the plaintiff in the case is fatal, and will cause the dismissal of the appeal.

[Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 1795–1797; Dec. Dig. ⊗══ 322.]

Appeal from Sixth Judicial District Court, Parish of Morehouse; J. P. Madison, Judge.

Action by Frank B. Pratt against Corporation of Village of Bastrop, Louisiana. From the judgment, third persons appeal. On motion to dismiss appeal. Appeal dismissed.

W. H. Todd, of Bastrop, for appellants. J. T. Shell, of Bastrop, for appellee.

SOMMERVILLE, J. This is an appeal, taken by third persons, from a judgment to which they were not parties.

The failure to cite, or to demand citation of, the plaintiff, is fatal to the appeal. This court has no power to revise judgments of inferior tribunals where the parties thereto are not before it. State v. Wickliffe, 21 La. Ann. 755; Escoubas v. Calcasieu Sulphur Mining Co., 33 La. Ann. 484. It is unnecessary to consider other grounds assigned in the motion to dismiss.

Appeal dismissed.